```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------------------

WHOLESOME SWEETENERS, INC.,

                Plaintiff,

        22-cv-3028 (JGK)

   - against -

        ORDER

MSC MEDITERRANEAN SHIPPING COMPANY, S.A.,

                Defendant.

-------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by 7/2/22.

SO ORDERED.

Dated:    New York, New York
           June 14, 2022

                                     John G. Koeltl
                            United States District Judge