```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| WHOLESOME SWEETENERS, INC., | |
| Plaintiff, | 22-cv-3028 (JGK) |
| - against - | ORDER |
| MSC MEDITERRANEAN SHIPPING COMPANY, S.A. ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The conference scheduled for July 6, 2022 is canceled.

SO ORDERED.

Dated: New York, New York
June 30, 2022

John G. Koeltl
United States District Judge